IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE GEIST | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| IOVINE BROTHERS BAR AND, GRILL, INC. | : : | NO. 17-cv-4179 |

**ORDER**

    **AND NOW,** this 10th day of January, **2018**, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                                           **KATE BARKMAN**, Clerk of Court

                                           BY:     /s/ Mia Harvey
                                                      Mia Harvey
                                                      Deputy Clerk